**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE - HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Arthur Eugene Jackson,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Cr. 01-282(3) PAM
Date: August 15, 2007
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 11:00 a.m.
Time Concluded: 11:30 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Tricia Tingle, Assistant U.S. Attorney
Defendant: Katherian Roe ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 48 hours. The defendant shall surrender on August 17, 2007 at 5:00 p.m. and shall be released on August 19, 2007 at 5:00 p.m. Upon release deft shall resume supervised release term with all prior terms and conditions.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk