PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Arthur Eugene Jackson**

**Docket No. 0:01CR00282-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Arthur Eugene Jackson** who was sentenced for Conspiracy to Possess with Intent to Distribute Marijuana on June 18, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.
>
> Two days jail for positive urinalysis (conditions modified August 15, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On December 19, 2007, the defendant tested positive for marijuana. He admitted to using this drug on December 7, 2007.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on Friday, December 21, 2007, at 9:45 a.m., Courtroom #3, St. Paul, Minnesota, to show cause why supervision should not be revoked.

SCANNED
DEC 20 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 20th day of December 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on December 20, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office