PROB 12 (Rev 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Arthur Eugene Jackson**

**Docket No. 0:01CR00282-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Arthur Eugene Jackson** Conspiracy to Possess with Intent to Distribute Marijuana on June 18, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: Drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On June 20, 2008, the defendant tested positive for marijuana. He admitted to use.

PRAYING THAT THE COURT WILL ORDER that a summons be issued and the defendant be brought before the Court on June 24, 2008, at 9:00 AM to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 23rd day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
Senior U.S. Probation Officer
Telephone: 612-664-5379

Executed on June 23, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
612-664-5365

FILED JUN 23 2008
RICHARD D. SLETTEN
JUDGMENT ENTD ______
DEPUTY CLERK ______

SCANNED
JUN 23 2008
U.S. DISTRICT COURT ST. PAUL

cc: U.S. Attorney's Office
Federal Defender's Office