# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Arthur Eugene Jackson,

Defendant.

Criminal No 01-282 (3)( PAM)

**ORDER APPOINTING COUNSEL**

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Tuesday, June 24, 2008, @ 9:00 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson.

Dated: June 23, 2008

PAUL A. MAGNUSON, JUDGE
United States District Court

SCANNED
JUN 23 2008
U.S. DISTRICT COURT ST. PAUL

FILED JUN 23 2008
RICHARD D. SLETTEN
JUDGMENT ENTD ______
DEPUTY CLERK ______