UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

Arthur Eugene Jackson,

Defendant.

Criminal 01-282(3) (PAM)

ORDER OF REVOCATION

---

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 2 consecutive weekends at the Sherburne County Jail for a total of 96 hours.

The defendant shall voluntarily surrender for service of said sentence on June 27, 2008, at 5:00 p.m. to the US Marshal or to the jail facility designated by the US Marshal.
The defendant shall be released from said sentence on June 29, 2008 at 5:00 p.m.

The defendant shall surrender on July 4, 2008 at 5:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on July 6, 2008 at 5:00 p.m.

☐ It is ordered that on completion of said sentence, the defendant shall be placed on electronic monitoring for a period of 60 days. Because the defendant is indigent, he is not required to pay the costs of this monitoring.

☐ It is further ordered that on completion of said sentence, the defendant shall undergo a chemical dependency assessment.

☒ It is further ordered that on completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: June 24, 2008

PAUL A. MAGNUSON
United States District Judge

SCANNED
JUN 25 2008
U.S. DISTRICT COURT ST. PAUL