UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

Arthur Eugene Jackson,

Defendant.

Criminal 01-282(3) (PAM)

ORDER OF REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 3 consecutive weekends at the Sherburne County Jail. The defendant is to engage and complete the Relapse Prevention Treatment Program.

The defendant shall voluntarily surrender for service of said sentence on July 18, 2008, at 5:00 p.m. to the US Marshal or to the jail facility designated by the US Marshal.
The defendant shall be released from said sentence on July 20, 2008 at 5:00 p.m.

Upon release from the Sherburne County Jail the defendant shall be placed on electronic monitoring on Monday, July 21, 2008 for 60 days.

The defendant shall surrender on July 25, 2008 at 5:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on July 27, 2008 at 5:00 p.m.

The defendant shall surrender on August 1, 2008 at 5:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on August 3, 2008 at 5:00 p.m.

☒ Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: July 18 , 2008

PAUL A. MAGNUSON
United States District Judge

SCANNED
JUL 18 2008
U.S. DISTRICT COURT ST. PAUL