**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Arthur Eugene Jackson,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-282(3) PAM
Date: July 18, 2008
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 11:00 a.m.
Time Concluded: 11:15 a.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Tricia Tingle, Assistant U.S. Attorney
Defendant: Lyonel Norris ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Violation - Hearing.**
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge Paul A. Magnuson.
☒ Defendant sentenced to 3 consecutive weekends at the Sherburne County Jail.
☒ Defendant to be placed on electronic monitoring for 60 days.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is to surrender on July 18, 2008 at 5:00 pm.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk